FRANCES HEENAN BROWNING, an Infant, by CAROLYN M. HEENAN, Her Guardian ad Litem, v. EDWARD W. BROWNING.— Motion granted only to the extent of staying all proceedings under the order appealed from entered on March 7, 1931, provided the appeal is prosecuted diligently. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of HARRY J. RUTHOSER for Admission to the Bar.— Motion denied. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

DAVID H. VAN DAMM and SAMUEL SCHWEIGER, as Copartners, etc., v. SAMUEL GINSBERG and Others.— Motion for stay granted pending appeal provided due diligence in bringing on appeal is shown. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.